1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  THOMAS P. MAZZUCCO (CSBN 139758)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-7289
7     Fax: (415) 436-7234
      tom.mazzucco@usdoj.gov
8
   Attorneys for the United States
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,            )
                                        )  No. 3-06-70641 MAG
14           Plaintiff,                 )
                                        )
15      v.                              )  STIPULATION AND [PROPOSED]
                                        )  ORDER CONTINUING DATE OF
16 SPARKY W. ROSE;                      )  PRELIMINARY HEARING OR
   STEVEN J. NAVARRO;                   )  ARRAIGNMENT AND EXCLUDING
17 BENJAMIN BLAIR;                      )  TIME UNDER THE SPEEDY TRIAL
   IRENE MATSOUKA;                      )  ACT CALCULATION (18 U.S.C.
18 SHAWN G. ANDERSON;                   )  § 3161(h)(8)(A))
   KEVIN P. ELLIS;                      )
19 JASON MATHEWSON;                     )
   AMBER FROINES;                       )
20 JOHNNY M. SETO;                      )
   ALFONZO MUNOZ-REBULLIDA;             )
21 MARK E. MILLER;                      )
   JAMES J. DALEY;                      )
22 TRACY A. SMITH;                      )
   JAIME L. PERREIRA; and               )
23 MISTALEE CHIAME WANG,                )
                                        )
24           Defendants.                )
                                        )
25 ─────────────────────────────

26     The plaintiff, United States of America, through its counsel of record, Scott N. Schools,

27 United States Attorney, and Thomas P. Mazzucco, Assistant United States Attorney, and

28 defendants STEVEN J. NAVARRO, BENJAMIN BLAIR, IRENE MATSOUKA, SHAWN G.

STIPULATION AND [PROPOSED] ORDER
[03-06-70641] [MAG]
                    1

1  ANDERSON, KEVIN P. ELLIS, JASON MATHEWSON, AMBER FROINES, JOHNNY M.
2  SETO, ALFONZO MUNOZ-REBULLIDA, MARK E. MILLER, JAMES J. DALEY, TRACY
3  A. SMITH, and MISTALEE CHIAME WANG, through their counsel of record, Anthony J.
4  Brass, Esq., Brendan Conroy, Esq., Omar C. Figueroa, Esq., Mark S. Goldrosen, Esq., Steven F.
5  Gruel, Esq., Claire M. Leary, Esq., Mark Mermelstein, Esq., Barry L. Morris, Esq., Michael
6  Stepanian, Esq., Scott R. Sugarman, Esq., Steve Emery Teich, Esq., Ean Vizzi, Esq., Marc
7  Zilversmit and Brendan Vincent-John Hallinan, Esq., hereby request and stipulate that this case
8  be re-set for Arraignment/Preliminary Hearing on from April 10, 2007 to April 25, 2007, at 9:30
9  a.m.

10  Pursuant to 18 U.S.C.§ 3161(h)(8)(A), the parties also stipulate that the time between April
11  10, 2007 and April 25, 2007, is necessary for effective preparation of this case and, therefore,
12  that the ends of justice served by granting a continuance until April 25, 2007, outweigh the best
13  interests of the public and of the defendants in a speedy trial.  The parties also stipulate to a
14  waiver of the time limit to conduct a preliminary hearing or bring an indictment pursuant to Rule
15  5.1 (d) of the Rules of Criminal Procedure as the parties are actively negotiating a pre-indictment
16  disposition of this matter.
17  IT IS SO STIPULATED.

18
    DATED: April 9, 2007                         /S/ Thomas P. Mazzucco
19                                               THOMAS P. MAZZUCCO
                                                 Assistant United States Attorney
20
    DATED: April 9, 2007                         /S/ Anthony J. Brass
21                                               ANTHONY J. BRASS, ESQ.

22
    DATED: April 9, 2007                         /S/ Brendan Conroy
23                                               BRENDAN CONROY, ESQ.

24
    DATED: April 9, 2007                         /S/ Omar C. Figueroa
25                                               OMAR C. FIGUEROA, ESQ.

26
    DATED: April 9, 2007                         /S/ Mark S. Goldrosen
27                                               MARK S. GOLDROSEN, ESQ.

28  //

STIPULATION AND [PROPOSED] ORDER
[03-06-70641] [MAG]

| | | |
|---|---|---|
| 1 | DATED: April 9, 2007 | /S/ Marc Zilversmit<br>MARC ZILVERSMIT, ESQ. |
| 3 | DATED: April 9, 2007 | /S/ Steven F. Gruel<br>STEVEN F. GRUEL, ESQ. |
| 5 | DATED: April 9, 2007 | /S/ Claire M. Leary<br>CLAIRE M. LEARY, ESQ. |
| 7 | DATED: April 9, 2007 | /S/ Mark Mermelstein<br>MARK MERMELSTEIN, ESQ. |
| 9 | DATED: April 13, 2007 | /S/ Barry L. Morris<br>BARRY L. MORRIS, ESQ. |
| 11 | DATED: April 9, 2007 | /S/ Michael Stepanian<br>MICHAEL STEPANIAN, ESQ. |
| 13 | DATED: April 9, 2007 | /S/ Scott A. Sugarman<br>SCOTT A. SUGARMAN, ESQ. |
| 15 | DATED: April 9, 2007 | /S/ Steve Emery Teich<br>STEVE EMERY TEICH, ESQ. |
| 17 | DATED: April 9, 2007 | /S/ Ean Vizzi<br>EAN VIZZI, ESQ. |
| 19 | DATED: April 9, 2007 | /S/ Brendan V-J Hallinan<br>BRENDAN V-J HALLINAN, ESQ. |

SO ORDERED.

DATED: 4/16/07

HONORABLE EDWARD M. CHEN
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
[03-06-70641] [MAG]

3