EAN VIZZI, SBN 209444
506 Broadway
San Francisco, California 94133
Tel: 415-986-5591
Fax: 415-421-1331

Attorney for Defendant
BENJAMIN BLAIR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>BENJAMIN BLAIR,<br><br>    Defendant.<br>_____/ | CR 3-06-70641-MAG<br><br>STIPULATION AND ORDER<br>ALLOWING TRAVEL |

THE PARTIES HEREBY STIPULATE AND AGREE that defendant BENJAMIN BLAIR may travel outside the Northern District of California, from May 15 through May 22, 2007, to Hawaii. Prior to travel, defendant BENJAMIN BLAIR agrees to provide Pretrial Services with his travel itinerary and other travel information as requested by Pretrial Services.

Pretrial Services Officer Hence Williams has advised counsel that he has no objection to the requested travel plans, under the conditions proposed herein.

  /s/ EAN VIZZI                                      /s/ THOMAS P. MAZZUCCO
EAN VIZZI                                                  THOMAS P. MAZZUCCO
Attorney for Defendant                          Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: May 9, 2007

_____
/s/ Elizabeth D. Laporte
NEIL___ LAPORTE
Judge Elizabeth D. Laporte
Magistrate Judge

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331