EAN VIZZI, SBN 209444
506 Broadway
San Francisco, California 94133
Tel: 415-986-5591
Fax: 415-421-1331

Attorney for Defendant
BENJAMIN BLAIR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BENJAMIN BLAIR,

    Defendant.
_____/

CR 3-06-70641-MAG

STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE

THE PARTIES HEREBY STIPULATE AND AGREE that defendant BENJAMIN BLAIR will no longer be supervised by United States Pretrial Services.

Dated: August 23, 2007

/s/ EAN VIZZI                               /s/ THOMAS P. MAZZUCCO
EAN VIZZI                                    THOMAS P. MAZZUCCO
Attorney for Defendant              Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:

IT IS SO ORDERED
[signature: Elizabeth D. Laporte]
Judge Elizabeth D. Laporte

ELIZABETH D. LAPORTE